UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA

        - v. -

CHRISTIAN FABRE,

        Defendant.

------------------------------------X

<u>ORDER</u>

13 Cr. 242 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/14

WHEREAS, with the consent of defendant CHRISTIAN FABRE, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on December 11, 2013;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:    New York, New York
          ~~January~~ February 3, 2014

Shira A. Scheindlin
United States District Judge
Southern District of New York