

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 10, 2014

**BY ECF**

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007-1312

      Re:   *United States* v. *Luis Guzman and Christian Fabre, et al.*,
            **13 Cr. 242 (SAS)**

Dear Judge Scheindlin:

      The Government submits this letter to respectfully request, with the consent of defense counsel, an adjournment of approximately thirty days for the sentencings of defendants Luis Guzman and Christian Fabre, which are currently scheduled to take place on March 11, 2014 at 4:30 p.m. and April 7, 2014 at 4:30 p.m., respectively.

      I have been informed by Your Honor's Law Clerk that the Court is available to reschedule the sentencing of Mr. Guzman for April 7, 2014 at 4:30 p.m. and the sentencing of Mr. Fabre for May 7, 2014 at 4:30 p.m.

                                    Respectfully submitted,

                                    PREET BHARARA
                                    United States Attorney

                    By:   s/ Amy Lester
                          Amy Lester / Jared Lenow
                          Assistant United States Attorneys
                          (212) 637-2416 / 1068

cc:    Neil Checkman, Esq., Counsel for Defendant Luis Guzman
       Karloff C. Commissiong, Esq., Counsel for Defendant Christian Fabre
       (By ECF and E-Mail)