# ADAMS & COMMISSIONG LLP

## ATTORNEYS AT LAW

65 BROADWAY SUITE 715
NEW YORK, NY 10006
TEL: 212-430-6590
FAX: 212-981-3305

MARTIN E. ADAMS
KARLOFF C. COMMISSIONG
ADMITTED TO PRACTICE IN NEW YORK
WWW.AMCMLAW.COM

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 4/29/14]

April 28, 2014

VIA E.C.F.

Hon. Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

[Handwritten order: Defendant Fabre's request is granted. The May 7, 2014 sentencing is adjourned and rescheduled to May 22, 2014 at 4:30 pm. SO ORDERED. Shira A. Scheindlin, U.S.D.J. 4/29/14]

Re: <u>United States</u> v. <u>Mark Allie</u>, et al. including <u>Christian Fabre</u>, 13 Cr. 242 (SAS) -
    Request for Adjournment of Sentencing

Dear Judge Scheindlin:

I represent Mr. Christian Fabre in the above referenced matter. Sentencing in this matter is scheduled for Wednesday, May 7, 2014. I respectfully request a brief two-week adjournment until Wednesday, May 21, 2014. There is important information about the defendant that I need to gather from the defendant's family. A brief adjournment would allow me the time necessary to gather that information. I have received the first draft of the P.S.R. and reviewed it with my client. I expect to receive the addendum to the P.S.R. this week. This is the first request by the defense for an adjournment of the sentencing. I have communicated with A.U.S.A. Jared Lenow and he has consented to the adjournment.

Respectfully Requested,

Karloff C. Commissiong, Esq.

cc: A.U.S.A. Jared Lenow (Via E.C.F. and Electronic Mail)