# ADAMS & COMMISSIONG LLP

## ATTORNEYS AT LAW

65 BROADWAY SUITE 715　　　　　　　　　　　　　　　　　　　　　　　MARTIN E. ADAMS
NEW YORK, NY 10006　　　　　　　　　　　　　　　　　　　　　　　KARLOFF C. COMMISSIONG
TEL: 212-430-6590　　　　　　　　　　　　　　　　　　ADMITTED TO PRACTICE IN NEW YORK
FAX: 212-981-3305　　　　　　　　　　　　　　　　　　　　　　　　　　　WWW.AMCMLAW.COM

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 5/8/14]

May 7, 2014

VIA E.C.F.

Hon. Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

[Handwritten order: "The Defendant's request is hereby granted. The sentencing currently scheduled for May 22, 2014 is adjourned and rescheduled for May 28, 2014 at 4:30 pm. SO ORDERED. Shira A. Scheindlin, USDJ 5/8/14"]

Re: <u>United States</u> v. <u>Mark Allie</u>, et al. including <u>Christian Fabre</u>, 13 Cr. 242 (SAS) -
　　Request for Adjournment of Sentencing

Dear Judge Scheindlin:

I represent Mr. Christian Fabre in the above referenced matter. Sentencing in this matter is scheduled for Thursday, May 22, 2014, at 4:30p.m. I respectfully request a brief adjournment in this matter to Tuesday, May 27, 2014 or Wednesday, May 28, 2014. I have a scheduling conflict on the current date of sentencing. I will be attending my sister's graduation, scheduled on May 22, 2014, at 6:00p.m., in White Plains, N.Y. I have communicated with A.U.S.A. Jared Lenow and he has consented to the adjournment. This is the second request by the defense for an adjournment of the sentencing. The first request was granted.

Respectfully Requested,

[Signature]

Karloff C. Commissiong, Esq.

cc: A.U.S.A. Jared Lenow (Via E.C.F. and Electronic Mail)