UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

UNITED STATES OF AMERICA

       -against-

CHRISTIAN FABRE,

       Defendant.

-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/14

**ORDER**
**13 Cr. 242 (SAS)**

Upon the *ex-parte* application of **Christian Fabre**, by his attorney, Karloff C. Commissiong, for an order authorizing necessary expert and other services, pursuant to Title 18 U.S.C. § 3006A (e)(1).

**IT IS HEREBY ORDERED,** that **Ms. Ericka Adams** is appointed as a Mitigation Specialist in the above captioned case. **Ms. Adams** is appointed pursuant to the Criminal Justice Act and Title 18 U.C. § 3006A (e)(1) and is to be compensated at the applicable rate of $100.00 per hour plus expenses reasonably incurred, for 30 hours of services.

**IT IS HERBY FURTHER ORDERED**, that the Federal Bureau of Prisons provide **Ms. Ericka Adams** with reasonable access to perform necessary interviews, testing and evaluations of **Christian Fabre**, 68392-054, while **Christian Fabre** is in the custody of the Federal Bureau of Prisons.

**SO ORDERED**

_____
Hon. Shira A. Scheindlin
United States District Judge

Dated: May ___21___, 2014
      New York, New York