UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

    - against -

CHRISTIAN FABRE

              Defendants.
------------------------------------------------------------X

**ORDER**

13 Cr. 242 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/14

SHIRA A. SCHEINDLIN, U.S.D.J.:

It is hereby ordered that sentencing is adjourned from May 28, 2014 to July 9, 2014 at 4:30 pm.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            May 21, 2014

1

## - Appearances -

**For Plaintiff:**
Amy Ruth Lester
Jared P. Lenow
Jessica Ann Masella
Jessica Ortiz
Assistant U.S. Attorneys
U.S. Attorney's Office, Southern
District of New York
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2416
(212) 637-1068

**For Defendant Christian Fabre:**

Karloff Cylton Commissiong, Esq.
Adams & Commissiong LLP
65 Broadway, Suite 715
New York, NY 10006
(212) 430-6590