UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

CHRISTIAN FABRE,

    Defendant.
---------------------------------------------------X

**ORDER**
13 Cr. 242 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/21/14

Upon the *ex-parte* application of **Christian Fabre**, by his attorney, Karloff C. Commissiong, Esq., for an order authorizing the appointment of **Ms. Ericka Adams** as Mitigation Specialist, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A (e)(1);

**IT IS HEREBY ORDERED,** that **Ms. Ericka Adams** is appointed as a Mitigation Specialist in the above captioned case. **Ms. Adams** is appointed pursuant to the Criminal Justice Act and Title 18 United States Code § 3006A(e)(1) and is to be compensated at the applicable rate of $100.00 per hour plus expenses reasonably incurred, for 30 hours of services. If additional hours of services are required, counsel for defendant **Christian Fabre** will make a supplemental application to this Court.

SO ORDERED

Hon. Shira A. Scheindlin
United States District Judge

Dated: May 21, 2014
New York, New York