# ADAMS & COMMISSIONG LLP

ATTORNEYS AT LAW

65 BROADWAY SUITE 715
NEW YORK, NY 10006
TEL: 212-430-6590
FAX: 212-981-3305

MARTIN E. ADAMS
KARLOFF C. COMMISSIONG
ADMITTED TO PRACTICE IN NEW YORK
WWW.AMCMLAW.COM

July 2, 2014

**VIA PERSONAL DELIVERY**

Hon. Shira A. Scheindlin
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/14
```

Re: <u>United States v. Christian Fabre</u>, 13 Cr. 242 - Request to File Sentencing
    Memorandum Under Seal

Dear Judge Scheindlin:

I am writing to respectfully request the Court's permission to file the sentencing memorandum on behalf of Christian Fabre under seal. The memorandum refers to personal and sensitive information regarding Mr. Fabre's background and history. A copy of the sentencing memorandum was sent, via electronic mail to A.U.S.A. Jared Lenow and A.U.S.A. Amy Lester, just prior to delivery of the original version to 500 Pearl Street.

Respectfully Requested,

Karloff C. Commissiong, Esq.

cc:  A.U.S.A. Jared Lenow (Via Electronic Mail)
     A.U.S.A. Amy Lester (Via Electronic Mail)

*[Handwritten annotation:]* Request granted. This sentencing memorandum may be filed under seal. So Ordered. [signature] 7/3/14